IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, )<br>               Plaintiff, )<br>                    )<br>       v.               )<br>                    )<br>Balwinder Singh, )<br>                    )<br>             Defendant. )<br>_____ ) | 2:12-cv-01394-GEB-DAD<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE; FED. R. CIV. P.<br>4(M) NOTICE |

        Plaintiff's Status Report filed September 4, 2012, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on September 17, 2012, is continued to November 26, 2012, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

        Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant Balwinder Singh with process within the 120 day period prescribed in that Rule may result in this action being dismissed. To avoid dismissal, on or before September 20, 2012, Plaintiff shall file proof of service for this

defendant or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated: September 12, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge