IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>Balwinder Singh,<br><br>        Defendant.<br>_____ | 2:12-cv-01394-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |

        Plaintiff states in his Status Report filed November 13, 2012, that "Defendant has not been served[, and] Plaintiff is attempting service at the business address." (Status Report 2:12-13, ECF No. 9.)

        Plaintiff is granted an extension under Federal Rule of Civil Procedure ("Rule") 4(m) to effectuate service on Defendant Balwinder Singh until and including December 7, 2012. Plaintiff is notified under Rule 4(m) that failure to serve Defendant Balwinder Singh with process by December 7, 2012, may result in the action's dismissal for failure of service and/or prosecution. To avoid dismissal, on or before December 10, 2012, Plaintiff shall file proof of service or a filing providing sufficient explanation why service was not completed within the extended service period.

///

///

1

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on November 26, 2012, is continued to February 11, 2013, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior.

IT IS SO ORDERED.

Dated: November 14, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2